EARLE L. CROSSMAN, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 7052, 19619. Promulgated January 26, 1928.

*P. H. Travis, Esq.,* and *Frank E. Seidman, C. P. A.,* for the petitioner.
*Alva C. Baird, Esq.,* for the respondent.

SIEFKIN: The question involved in this case is one of law which has been determined adversely to the respondent's contention in *L. F. Sunlin*, 6 B. T. A. 1232. The complete and able brief filed in this proceeding by counsel for petitioner confirms our belief that our decision in the *Sunlin* case was correct. It follows that the respondent's action was erroneous.

> *Judgment will be entered on 15 days' notice, under Rule 50.*